Paul L. Alaga, SBN 221165
Kevin Mitchell, SBN
BRYANT LAW GROUP
885 Bryant Street, Suite 202
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TASSIN,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EAST BAY REGIONAL PARKS DISTRICT POLICE DEPARTMENT; COUNTY OF ALAMEDA;  ALAMEDA COUNTY SHERIFF'S DEPARTMENT; East Bay Regional Parks District Police Officer MATTHEW LILLIE, Badge No. 89; and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No. 18-cv-5109-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY SHERIFF'S DEPARTMENT**  AND ORDER<br><br>Hon. Morrison C. England, Jr. |

TO THE HONORABLE JUDGE EDWARD M. CHEN, TO THE NORTHER DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND COUNSEL:

Representing the Plaintiff in the above action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant COUNTY OF ALAMEDA AND ALAMEDA COUNTY SHERIFF'S DEPARTMENT are voluntarily dismissed.

These dismissals shall be with prejudice, with each side to bear its own costs and fees.

Dated:  September 18, 2019　　　　　　　　　　　　/s/ *Paul Alaga*
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Alaga
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: 9/19/2019

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

*Tassin v. East Bay Regional Parks District, et. al.* Case No. 18-cv-5109-EMC
Voluntary Dismissal of Defendants